[No. 41970-6-I.    Division One.    March 8, 1999.]

THE STATE OF WASHINGTON, *Respondent,* v. MALCOLM DONALD CORNELL, *Appellant.*

Appeal from a judgment of the Superior Court for San Juan County, No. 97-1-05022-4, Vickie I. Churchill, J., entered January 5, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42341-0-I.    Division One.    March 8, 1999.]

THE STATE OF WASHINGTON, *Respondent,* v. RUSSELL LAWRENCE CLARK, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-1-00678-0, David A. Nichols, J., entered March 3, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42365-7-I.    Division One.    March 8, 1999.]

THE STATE OF WASHINGTON, *Respondent,* v. IGNACIO PEREZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-1-08183-8, Sharon S. Armstrong, J., entered March 20, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42422-0-I.    Division One.    March 8, 1999.]

ROBERT HUBBARD, *Appellant,* v. THE MUNICIPALITY OF METROPOLITAN SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 93-2-20597-0, Robert S. Lasnik, J., entered March 9, 1998. *Affirmed* by unpublished per curiam opinion.